UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) | |
| Plaintiff, ) ) | Civil Action No. 10-C-364 |
| v. ) ) ) | **COMPLAINT** |
| OMNICARE, INC., ) d/b/a ) PINNACLE PHARMACY, ) ) | **JURY TRIAL DEMANDED** |
| Defendant. ) ) | |

NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000 et seq. ("Title VII"), and Title I of the Civil Rights Act of 1991, 42 U.S.C. § 1981a, to correct unlawful employment practices on the basis of sex, and to provide appropriate relief to Frances Cordes and a class of other female employees of Defendant Omnicare, Inc. d/b/a Pinnacle Pharmacy, who were adversely affected by such practices. Ms. Cordes and a class of other female employees were adversely affected by such practices when pharmacy manager Claire Sweet at Defendant Omnicare, Inc. d/b/a Pinnacle Pharmacy's store in La Crosse, Wisconsin subjected them to a sexually hostile working environment based on their gender.

JURISDICTION AND VENUE

1.      Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-5(f)(1) and (3) ("Title VII"), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

1

2. The unlawful employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Western District of Wisconsin.

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission (the "Commission" or "EEOC"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) and (3) of Title VII, 42 U.S.C. § 2000e-5(f)(1) and (3).

4. At all relevant times, the defendant, Omnicare, Inc. d/b/a Pinnacle Pharmacy ("Pinnacle Pharmacy"), was a Delaware corporation doing business in the State of Wisconsin and the City of La Crosse, and had at least 15 employees.

5. At all relevant times, Pinnacle Pharmacy was an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g) and (h).

## STATEMENT OF CLAIMS

6. More than thirty days prior to the institution of this lawsuit, Frances Cordes ("Cordes") filed a charge with the Commission alleging violations of Title VII by Pinnacle Pharmacy.

7. Prior to institution of this lawsuit, the EEOC's representatives attempted to eliminate the unlawful employment practices alleged below and to effect voluntary compliance with Title VII through informal methods of conciliation, conference and persuasion within the meaning of §§ 706(f)(1) and (3) of Title VII, 42 U.S.C. §§ 2000e-5(f)(1) and (3). All conditions precedent to the institution of this lawsuit have been fulfilled.

8. Beginning on or about March 2005 and continuing through July 2007, Pinnacle Pharmacy engaged in unlawful employment practices at its store located at 3235 Airport Road,

2

La Crosse, Wisconsin 54603, in violation of Section 703(a) of Title VII, 42 U.S.C. § 2000e-2. Among other things, pharmacy manager Claire Sweet subjected Ms. Cordes to sexual harassment (including, but not limited to, unwelcome physical touching, sexual comments, exposure to sexually offensive images, and sexually suggestive conduct), which further created a sexually hostile and offensive work environment. Pinnacle Pharmacy, despite actual or constructive notice of the harassment, failed and refused to take prompt and appropriate action to correct the harassment and the resulting hostile environment. The harassment continued until Ms. Cordes was constructively discharged.

9. Other female employees of Pinnacle Pharmacy were also subjected to sexual harassment and a sexually hostile and offensive work environment by pharmacy manager Claire Sweet while working at Pinnacle Pharmacy's store located at 3235 Airport Road, La Crosse, Wisconsin 54603, including, but not limited to, unwelcome physical touching, sexual comments, exposure to offensive and pornographic images, and sexually suggestive conduct. Pinnacle Pharmacy, despite actual or constructive notice of the situation, failed and refused to take prompt and appropriate action to correct the harassment and resulting hostile environment.

10. The effect of the practices complained of in paragraphs 8 and 9 above has been to deprive Cordes and a class of other female employees of equal employment opportunities and otherwise adversely affect their status as employees because of sex.

11. The unlawful employment practices complained of in paragraphs 8 and 9 above were intentional.

12. The unlawful employment practices complained of in paragraphs 8 and 9 above were done with malice or with reckless indifference to the federally protected rights of Cordes and a class of other female employees.

PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A.  Grant a permanent injunction enjoining Defendant Omnicare, Inc. d/b/a Pinnacle Pharmacy, its officers, agents, servants, employees, attorneys, and all persons in active concert or participation with them, from engaging in sexual harassment and any other employment practice which discriminates on the basis of sex and in retaliation for opposition to such practices.

B.  Order Defendant Omnicare, Inc. d/b/a Pinnacle Pharmacy to institute and carry out policies, practices, and programs which provide equal employment opportunities for women, protect employees who make complaints of discrimination or sexual harassment from retaliation, and which eradicate the effects of its past and present unlawful employment practices.

C.  Order Defendant Omnicare, Inc. d/b/a Pinnacle Pharmacy to make Frances Cordes whole by providing appropriate back pay and benefits with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices, including but not limited to rightful place reinstatement or front pay.

D.  Order Defendant Omnicare, Inc. d/b/a Pinnacle Pharmacy to make Frances Cordes and a class of other female employees whole by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraphs 8 and 9 above, in amounts to be determined at trial.

E.  Order Defendant Omnicare, Inc. d/b/a Pinnacle Pharmacy to make Frances Cordes and a class of other female employees whole by providing compensation for past and future nonpecuniary losses resulting from the unlawful practices complained of in paragraphs 8 and 9 above, including emotional pain, suffering, inconvenience, loss of enjoyment of life, and humiliation, in amounts to be determined at trial.

  F. Order Defendant Omnicare, Inc. d/b/a Pinnacle Pharmacy to pay Frances Cordes and a class of other female employees punitive damages for its malicious and reckless conduct described in paragraphs 8 and 9 above, in amounts to be determined at trial.

  G. Grant such further relief as the Court deems necessary and proper in the public interest.

  H. Award the Commission its costs of this action.

## JURY TRIAL DEMAND

The EEOC requests a jury trial on all questions of fact raised by its complaint.

        Respectfully submitted,

        P. David Lopez
        General Counsel

        James L. Lee
        Deputy General Counsel

        Gwendolyn Young Reams
        Associate General Counsel

        EQUAL EMPLOYMENT OPPORTUNITY
        COMMISSION
        1801 L Street, N.W.
        Washington, D.C.  20507

Dated:  June 30, 2010    s/John C. Hendrickson
        John C. Hendrickson
        Regional Attorney

Dated:  June 30, 2010    s/Jean P. Kamp
        Jean P. Kamp
        Associate Regional Attorney

        EQUAL EMPLOYMENT OPPORTUNITY
         COMMISSION
        Chicago District Office
        500 West Madison Street - Suite 2800
        Chicago, IL  60661
        *Telephone*:   (312) 353-7719

|  |  |
|---|---|
|  | *E-mail*:   john.hendrickson@eeoc.gov |
|  | *E-mail*:   jean.kamp@eeoc.gov |

Dated:  June 30, 2010             <u>s/Camille A. Monahan</u>
                                  Camille A. Monahan
                                  Trial Attorney

                                  EQUAL EMPLOYMENT OPPORTUNITY
                                       COMMISSION
                                  Milwaukee Area Office
                                  310 West Wisconsin Avenue - Suite 800
                                  Milwaukee, WI  53203-2292
                                  *Telephone*:  (414) 297-3548    *Fax*:  (414) 297-3146
                                  *E-mail*:    camille.monahan@eeoc.gov